GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE RICHARDSON, </br></br> Plaintiff, </br></br> vs. </br></br> EQUIFAX INFORMATION SERVICES LLC, </br></br> Defendant. | Case No. 2:22-cv-00106-VCF </br></br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** </br></br> **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 16, 2022 through and including **April 15, 2022**. The request was made by Equifax so that the parties may have additional

/ /

/ /

/ /

/ /

/ /

1  time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in
2  good faith and not intended to cause delay.
3        Respectfully submitted, this 15th day of March, 2022.

6  CLARK HILL PLLC            <u>**No opposition**</u>

7  By: /s/Gia N. Marina            /s/David H. Krieger
   GIA N. MARINA             David H. Krieger, Esq.
8  Nevada Bar No. 15276           Nevada Bar No. 9086
   3800 Howard Hughes Drive, Suite 500    Shawn Miller, Esq.
9  Las Vegas, Nevada 89169          Nevada Bar No. 7825
   E-mail: gmarina@clarkhill.com       KRIEGER LAW GROUP, LLC
10 Telephone: (702) 862-8300         2850 W. Horizon Ridge Blvd., Suite 200
   Facsimile: (702) 862-8400          Henderson, NV 89052
11                                          Phone: (702) 848-3855
12 *Attorney for Defendant Equifax Information*   Fax: (702) 385-5518
   *Services LLC*                      Email: dkrieger@kriegerlawgroup.com
13                                          Email: smiller@kriegerlawgroup.com

15                                          *Attorneys for Plaintiff*

19 IT IS SO ORDERED:

20 [signature]

21 _____
   United States Magistrate Judge

22 DATED:  3-16-2022

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 15th day of March 2022, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400