**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILLIE RICHARDSON,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant(s). | 2:22-cv-00106-GMN-VCF<br><br>**ORDER** |

Before the court is the notice of settlement between plaintiff and defendant Equifax Information Services, LLC (ECF NO. 18).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 12, 2022.

DATED this 13th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1