David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Willie Richardson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE RICHARDSON,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendant(s). | Case No.: 2:22-cv-00106-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Willie Richardson ("Plaintiff") and Equifax Information Services, LLC ("Defendant" or "Equifax"), collectively the "Parties," by and through their respective counsel of record, that Plaintiff's claims and causes of action against Equifax are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on September 8, 2022.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Gia N. Marina |
| David H. Krieger, Esq.<br>Shawn W. Miller, Esq.<br>KRIEGER LAW GROUP, LLC<br>5502 S. Fort Apache Road,<br>Suite 200<br>Las Vegas, Nevada 89148 | Gia N. Marina, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Drive<br>Suite 500<br>Las Vegas, Nevada 89169 |
| Attorneys for Plaintiffs<br>***Willie Richardson*** | Attorneys for Defendant<br>***Equifax Information Services, LLC*** |

### ORDER

**IT IS SO ORDERED.** The Clerk of Court shall close the case and enter judgment accordingly.

Dated this __8__ day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT